UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| TOWER AIR, INC., | : | Case No. 00-01280 (RB) |
| Debtor | : | |
| ERNST & YOUNG LLP | : | |
| Appellant | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 04-819 (GMS) |
| | : | |
| CHARLES A. STANZIALE, JR., | : | |
| as chapter 7 trustee for the | : | |
| bankruptcy estate of Tower Air, Inc. | : | |
| Appellee | : | |

**STIPULATION OF DISMISSAL OF APPEAL
WITH PREJUDICE PURSUANT TO FED. R. BANKR. P. 8001(c)(2)**

Pursuant to Fed. R. Bankr. P. 8001(c)(2), the matters at issue on appeal in the above-captioned appeal, having been amicably settled by and between the parties, is hereby dismissed with prejudice and without costs against any party, and each party shall bear its own costs and fees. All court costs and fees have been paid.

Dated: July 22, 2005

| PEPPER HAMILTON LLP | DUANE MORRIS LLP |
|---|---|
| By: /s/ [signature] | By: /s/ Richard W. Riley (dv) |
| David M. Fournier (DE I.D. No. 2812) | Richard W. Riley (DE I.D. No. 4052) |
| James C. Carignan (DE I.D. No. 4230) | Christopher M. Winter (DE I.D. No. 4163) |
| Hercules Plaza, Suite 5100 | 1100 North Market Street, Suite 1200 |
| 1313 Market Street | Wilmington, DE 19801-1246 |
| P.O. Box 1709 | Telephone: (302) 657-4900 |
| Wilmington, DE 19899-1709 | Telecopy: (302) 657-4901 |
| Telephone: (302) 777-6500 | E-mail: rwriley@duanemorris.com |
| | cmwinter@duanemorris.com |

and                                                     and

John M. Dowd, Esquire
Terence J. Lynam, Esquire
Nell I. Brown
AKIN GUMP STRAUSS HAUER
 & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4386

Attorneys for Appellant,
Ernst & Young LLP

Diane E. Vuocolo, Esquire
4200 One Liberty Place
Philadelphia, PA 19103-7396
Telephone: (215) 979-1516
Telecopy: (215) 979-1020

and

Donald J. Crecca, Esquire
Schwartz, Tobia & Stanziale
Kip's Castle
22 Crestmont Road
Montclair, NJ 07042
Telephone: (973) 746-6000
Telecopy: (973) 655-0699

Attorneys for Appellee,
Charles A. Stanziale, Jr., as chapter 7
bankruptcy trustee for the bankruptcy
estate of Tower Air, Inc.

ROSENTHAL, MONHAIT, GROSS
& GODDESS

By: /s/ Kevin Gross
Kevin Gross (DE I.D. No. 209
Mellon Bank Center, Suite 1401
919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070
Telephone: (302) 656-4433
Email: kgross@rmgglaw.com

and

Arnold M. Weiner, Esquire
Robert J. Weltchek, Esquire
Barry L. Gogel, Esquire
Weiner & Weltchek
2330 W. Joppa Road, Suite 300
Lutherville, MD 21093

and

Paul M. Nussbaum, Esquire
Edward M. Buxbaum, Esquire
Dwight W. Stone, Esquire
Kevin G. Hroblak, Esquire
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, MD 21202

*Of Counsel:*

Donald J. Crecca, Esquire
Schwartz, Tobia & Stanziale
Kip's Castle
22 Crestmont Road
Montclair, NJ 07042
Telephone: (973) 746-6000
Telecopy: (973) 655-0699

Attorneys for Appellee,
Charles A. Stanziale, Jr., as Litigation Trustee