## CERTIFICATE OF SERVICE

       I, James C. Carignan, hereby certify that on July 22, 2005, I caused to be served the Stipulation Of Dismissal Of Appeal With Prejudice Pursuant To Fed. R. Bankr. P. 8001(c)(2), upon the following entities via regular, first-class mail.

Richard W. Riley, Esq.
Christopher M. Winter, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Diane E. Vuocolo, Esq.
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Donald J. Crecca, Esq.
Schwartz, Tobia & Stanziale
Kip's Castle
22 Crestmont Road
Montclair, NJ 07042

Kevin Gross, Esq.
Rosenthal, Monhait, Gross & Goddess
919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070

Arnold M. Weiner, Esq.
Robert J. Weltchek, Esq.
Barry L. Gogel, Esq.
Weiner & Weltchek
2330 W. Joppa Road, Suite 300
Lutherville, MD 21093

Paul M. Nussbaum, Esq.
Edward M. Buxbaum, Esq.
Dwight W. Stone, Esq.
Devin G. Hroblak, Esq.
Whiteford, Taylor & Preston LLP
7 Saint Paul Street
Baltimore, MD 21202

Dated: July 22, 2005

                                                           James C. Carignan (No. 4230)

WL: #172874 v1 (3P#201!.DOC)